```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Wilmar Torres Perea

    v.                                           Case No. 23-cv-462-LM-AJ

FCI Berlin, Warden

                                ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 14, 2025.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The respondent's motion to dismiss (doc. 13) is granted, and the case, in its entirety, is dismissed as moot.

                                                                    _____
                                                                    Landya B. McCafferty
                                                                    United States District Judge

Date: May 15, 2025


Cc:   Wilmar Torres Perea, pro se
       Counsel of Record